THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

NICOLE TOKARSKI, on behalf of herself
and all others similarly situated,

               Plaintiff,

    v.

MED-DATA, INC.,

               Defendant.

NO. 2:21-cv-00631-TL

**STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE**

**NOTED FOR CONSIDERATION: APRIL 29, 2022**

## I.      STIPULATION

On June 30, 2021, the Court entered an Order setting May 6, 2022, as Plaintiff's deadline to file her motion for class certification. Dkt. No. 13. For the good cause explained below, the parties respectfully request that the Court extend Plaintiff's deadline to file her motion for class certification to 90 days from the original date and adjust all related response dates for the motion for class certification and other case deadlines to account for the 90-day adjustment.

The Local Rules allow parties to file stipulated motions, including to request relief from a deadline. LCR 7(d)(1); LCR 10(g) (providing that stipulated motions to alter schedules previously set by the court should be supported by reasons justifying the proposed change); *Doe v. Trump*, No. 2:17-CV-00178-JLR, 2017 WL 1378504, at *1 (W.D. Wash. Apr. 11, 2017); *see also* Dkt. No. 22 at 3 ("The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.").

As this Court is aware, several other cases related to this data breach are currently pending, including *M.S., et al. v. Med-Data, Inc.*, 4:22-cv-00187 (Southern District of Texas) and

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE - 1
CASE NO. 2:21-cv-00631-TL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

*C.C. v. Med-Data, Inc.*, which was originally filed in the District of Kansas but has since been remanded to Kansas state court. Plaintiff is actively cooperating with counsel in the Texas and Kansas matters to coordinate discovery. Additionally, the parties in those matters have now agreed to pursue global mediation while continuing to complete the coordinated discovery. Mediation has not yet been scheduled, but the parties anticipate that it will occur in June or July. In the intervening period, the Plaintiffs intend to conduct a joint 30(b)(6) deposition, the Defendant intends to take one or more Plaintiffs' depositions, along with other joint discovery efforts that the parties believe helpful to the mediation.

These efforts to coordinate discovery are ultimately more efficient but require slightly more time. Likewise, it would be difficult and potentially wasteful for the parties to simultaneously brief class certification and prepare for mediation. Extending the current deadlines will allow the parties to focus their efforts on the coordinated discovery and potential global settlement of this matter, saving not just the judicial resources of this Court but those of multiple other courts in which related actions are pending. There is therefore good cause to extend the deadline for a motion for class certification.

Accordingly, the Parties agree and stipulate, subject to the Court's approval, to an extension as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Plaintiffs to File their Motion for Class Certification | May 6, 2022 | August 4, 2022 |
| Deadline for Defendants' Response to the Motion for Class Certification | June 3, 2022 | September 1, 2022 |
| Deadline for Plaintiffs' Reply to the Motion for Class Certification | June 24, 2022 | September 22, 2022 |
| Discovery deadline | 45 days after Court's ruling on Class Certification | 45 days after Court's ruling on Class Certification |

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| Deadline for filing dispositive motions | 75 days after Court's ruling on Class Certification | 75 days after Court's ruling on Class Certification |
|---|---|---|

STIPULATED TO AND DATED this 2nd day of May, 2022.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Ryan Tack-Hooper, WSBA #56423
    Email: rtack-hooper@terrellmarshall.com
    Elizabeth A. Adams, WSBA #49175
    Email: eadams@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103-8869
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    John Heenan, *Admitted Pro Hac Vice*
    Email: john@lawmontana.com
    Teague Westrope
    Email: teague@lawmontana.com
    HEENAN & COOK
    1631 Zimmerman Trail, Suite 1
    Billings, Montana 59102
    Telephone: (406) 839-9081

    John A. Yanchunis, *Admitted Pro Hac Vice*
    Email: jyanchunis@forthepeople.com
    Ryan Maxey, *Admitted Pro Hac Vice*
    Email: rmaxey@forthepeople.com
    MORGAN & MORGAN
    201 North Franklin Street, 7th Floor
    Tampa, Florida 33602
    Telephone: (813) 223-5505

    Michael F. Ram, *Admitted Pro Hac Vice*
    Email: mram@forthepeople.com
    MORGAN & MORGAN
    711 Van Ness Avenue, Suite 500
    San Francisco, California 94102-3275
    Telephone: (415) 358-6913
    Facsimile: (415) 358-6923

*Attorneys for Plaintiff*

ARETE LAW GROUP PLLC

By: /s/Ralph H. Palumbo, WSBA #4751
    Ralph H Palumbo, WSBA #4751
    Email: rpalumbo@aretelaw.com
    Lynn M. Engel, WSBA #21934
    Email: lengel@aretelaw.com
    1218 Third Avenue, Suite 2100
    Seattle, Washington 98101
    Telephone: (206) 428-3150
    Facsimile: (206) 428-3251

    Kent M. Adams, *Admitted Pro Hac Vice*
    Email: kent.adams@wilsonelser.com
    WILSON ELSER MOSKOWITZ
      EDELMAN & DICKER (HOUSTON)
    909 Fannin Street, Suite 3300
    Houston, Texas 77010
    Telephone: (713) 353-2027
    Facsimile: (713) 785-7780

*Attorneys for Defendant*

    Matthew James Ide
    Email: mjide@yahoo.com
    7900 Se 28th Street, Ste 500
    Mercer Island, Wa 98040
    Telephone: (206) 625-1326
    Facsimile: (206) 622-0909

*Attorneys for Respondents*

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE - 3
CASE NO. 2:21-cv-00631-TL

## II.   ORDER

Based on the forgoing parties' stipulation and for good cause, IT IS HEREBY ORDERED THAT the current deadlines regarding class certification are extended by 60 days.

Dated this 2nd day of May 2022.

_____

Tana Lin
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE - 4
CASE NO. 2:21-cv-00631-TL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com