The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>MED-DATA, INC.,<br><br>               Defendant. | No. 2:21-CV-00631-TL<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE UNDER SEAL**<br><br>NOTE ON MOTION CALENDAR:<br>June 28, 2022 |

THIS MATTER comes before the Court on the parties' Stipulated Motion to File Under Seal. Having considered the motion, the Court finds there are compelling reasons to file Dkt. Nos. 66 and 67-6 under seal. The parties' Motion to File Under Seal is GRANTED.

SO ORDERED this 29th day of June, 2022

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATED MOTION TO FILE UNDER SEAL
No. 2:21-cv-631– Page 1

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

*Presented by:*

| | |
|---|---|
| **ARETE LAW GROUP PLLC** | **TERRELL MARSHALL LAW GROUP PLLC** |
| By: */s/ Lynn M. Engel* <br> Ralph H. Palumbo, WSBA No. 4751 <br> Lynn M. Engel, WSBA No. 21934 <br> 1218 Third Avenue, Suite 2100 <br> Seattle, WA 98101 <br> Phone: (206) 428-3250 <br> Fax:     (206) 428-3251 <br> rpalumbo@aretelaw.com <br> lengel@aretelaw.com | By: */s/ Beth E. Terrell* <br> Beth E. Terrell <br> Ryan Tack-Hooper <br> 936 North 34th Street, Suite 300 <br> Seattle, WA 98103-8869 <br> bterrell@terrellmarshall.com <br> ryan@terrellmarshall.com |
| **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** | **HEENAN & COOK** |
| By:     */s/ Kent Adams* <br> Kent Adams (*pro hac vice*) <br> 909 Fannin Street, Suite 3300 <br> Houston, TX 77010 <br> Phone: (713) 353-2000 <br> kent.adams@wilsonelser.com | By: */s/ John Heenan* <br> John Heenan (pro hac vice) <br> Teague Westrope (pro hac vice) <br> 1631 Zimmerman Trail <br> Billings, MT 59102 <br> john@lawmontana.com <br> teague@lawmontana.com |
| *Attorneys for Defendant Med-Data, Inc.* | **MORGAN & MORGAN** |
| | By: */s/ John A. Yanchunis* <br> John A. Yanchunis (pro hac vice) <br> Ryan Maxey (pro hac vice) <br> 201 North Franklin Street, 7th Floor <br> Tampa, FL 33602 <br> jyanchunis@forthepeople.com <br> rmaxey@forthepeople.com |
| | *Attorneys for Plaintiff Nicole Tokarski* |

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO FILE UNDER SEAL
No. 2:21-cv-631– Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250