The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>MED-DATA, INC.,<br><br>       Defendant. | No. 2:21-CV-00631-TL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE**<br><br>NOTED FOR CONSIDERATION:<br>July 25, 2022 |

## I. STIPULATION

On May 2, 2022, the Court entered an Order setting August 4, 2022, as Plaintiff's deadline to file her motion for class certification. Dkt. No. 65. For the good cause explained below, the Parties respectfully request that the Court extend Plaintiff's deadline to file her motion for class certification to 70 days from August 4, 2022 and adjust all related response dates for the motion for class certification and other case deadlines to account for the 70-day adjustment.

The Local Rules allow parties to file stipulated motions, including to request relief from a deadline. LCR 7(d)(1); LCR 10(g) (providing that stipulated motions to alter schedules previously set by the court should be supported by reasons justifying the proposed change); *Doe v. Trump*, No. 2:17-CV-00178-JLR, 2017 WL 1378504, at *1 (W.D. Wash.

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE
No. 2:21-cv-631– Page 1



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

Apr. 11, 2017); *see also* Dkt. No. 22 at 3 ("The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause.").

Defendant has taken the deposition of Plaintiff Nicole Tokarski and Plaintiff has taken the 30(b)(6) deposition of Defendant Med-Data, Inc.

Mediation was initially scheduled for July 7, 2022 but had to be rescheduled due to unavailability of persons necessary to the mediation. The Parties have confirmed that the mediation will now take place on September 8, 2022.

As this Court is aware, several other cases related to this data breach are currently pending, including *M.S., et al. v. Med-Data, Inc.*, 4:22-cv-00187 (Southern District of Texas) and *C.C. v. Med-Data, Inc.*, which was originally filed in the District of Kansas but has since been remanded to Kansas state court. Plaintiff is actively cooperating with counsel in the Texas and Kansas matters to coordinate discovery. Additionally, the parties in those matters have now agreed to pursue global mediation while continuing to complete the coordinated discovery.

As they prepare for mediation, the parties continue to conduct discovery that they believe may usefully inform mediation, including searching for electronically stored information and preparing expert reports. The parties continue to believe that everyone's time is best spent focusing on preparing for mediation rather than preparing for contested class certification.

Extending the current deadlines will allow the parties to focus their efforts on the coordinated discovery and potential global settlement of this matter, saving not just the judicial resources of this Court but those of multiple other courts in which related actions are pending. There is therefore good cause to extend the deadline for a motion for class certification.

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE
No. 2:21-cv-631– Page 2

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

1  The Parties also request that this Court exercise its discretion to refrain from deciding
2  the fully-briefed Rule 12(b)(1) motion (along with the motion to file a sur-reply on that
3  question) until 14 days after the September 8, 2022 mediation. *See* Dkt. No. 66; Dkt. No. 78.
4  This brief suspension serves three purposes: (1) it preserves the Court's resources given the
5  potential for a negotiated settlement; (2) it avoids the potential for a substantial change in the
6  legal circumstances of the case that might require further evaluation delaying mediation; and
7  (3) it avoids the potential for conflicting or duplicative rulings among the pending cases.

Accordingly, to allow for sufficient time to complete mediation, the Parties agree and stipulate, subject to the Court's approval, to an extension as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Plaintiff to File Motion for Class Certification | August 4, 2022 | October 13, 2022 |
| Deadline for Defendant to File Response on Motion for Class Certification | September 1, 2022 | November 10, 2022 |
| Deadline for Plaintiff to file Reply on Motion for Class Certification | September 22, 2022 | December 1, 2022 |
| Discovery Deadline | 45 days after Court's ruling on Class Certification | 45 days after Court's ruling on Class Certification |
| Deadline for Filing Dispositive Motions | 75 days after Court's ruling on Class Certification | 75 days after Court's ruling on Class Certification |

STIPULATED TO AND DATED this 25th day of July, 2022.

| **ARETE LAW GROUP PLLC** | **TERRELL MARSHAL LAW GROUP PLLC** |
|---|---|
| By: */s/ Lynn M. Engel* <br> Ralph H. Palumbo, WSBA No. 4751 <br> Lynn M. Engel, WSBA No. 21934 <br> 1218 Third Avenue, Suite 2100 <br> Seattle, WA 98101 <br> Phone: (206) 428-3250 | By: */s/ Beth E. Terrell* <br> Beth E. Terrell <br> Ryan Tack-Hooper <br> 936 North 34th Street, Suite 300 <br> Seattle, WA 98103-8869 <br> bterrell@terrellmarshall.com |



ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

| | |
|---|---|
| Fax:   (206) 428-3251<br>rpalumbo@aretelaw.com<br>lengel@aretelaw.com<br><br>**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**<br><br>By:   */s/ Kent Adams*<br>Kent Adams (pro hac vice)<br>909 Fannin Street, Suite 3300<br>Houston, TX 77010<br>Phone: (713) 353-2000<br>Kent.adams@wilsonelser.com<br><br>*Attorneys for Defendant Med-Data, Inc.* | ryan@terrellmarshall.com<br><br>**HEENAN & COOK**<br><br>By: */s/ John Heenan*<br>John Heenan (pro hac vice)<br>Teague Westrope (pro hac vice)<br>1631 Zimmerman Trail<br>Billings, MT 59102<br>john@lawmontana.com<br>teague@lawmontana.com<br><br>**MORGAN & MORGAN**<br><br>By: */s/ John A. Yanchunis*<br>John A. Yanchunis (pro hac vice)<br>Ryan Maxey (pro hac vice)<br>201 North Franklin Street, 7th Floor<br>Tampa, FL 33602<br>jyanchunis@forthepeople.com<br>rmaxey@forthepeople.com<br><br>*Attorneys for Plaintiff Nicole Tokarski* |

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE
No. 2:21-cv-631– Page 4

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250

## II. ORDER

Based on the forgoing parties' stipulation and for good cause, IT IS HEREBY ORDERED THAT the current deadlines regarding class certification are extended by 70 days;

IT IS FURTHER ORDERED THAT the Court shall hold in abeyance its decision on the motion filed at Dkt. No. 66 and the related motion at Dkt. No. 78 until September 22, 2022.

Dated this 28th day of July 2022.

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE
No. 2:21-cv-631– Page 5

ARÊTE LAW GROUP
1218 THIRD AVE., STE 2100
SEATTLE, WA 98101
O: (206) 428-3250