THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MED-DATA, INC.,<br><br>Defendant. | NO. 2:21-cv-00631-TL<br><br>[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, EXHIBIT 3 IN SUPPORT THEREOF, AND ECF NO. 67-3 |

This matter came before the Court on Plaintiff's Motion to File Under Seal Plaintiff's Sur-reply in Opposition to Defendant's Motion to Dismiss, Exhibit 3 to the Declaration of Beth E. Terrell in Support of Plaintiff's Sur-reply, and Exhibit 3 to the Declaration of Ralph H. Palumbo in Support of Defendant Med-Data's Motion to Dismiss for Lack of Standing (ECF No. 67-3).

Plaintiff's motion is GRANTED. Plaintiff's Sur-Reply in Opposition to Defendant's Motion to Dismiss and Exhibit 3 to the Declaration of Beth E. Terrell in Support of Plaintiff's Sur-reply may remain filed under seal. The Clerk of the Court is DIRECTED to place the current version of ECF No. 67-3 under seal and replace it with the redacted version of the Exhibit filed as ECF No. 77.

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, EXHIBIT 3 IN SUPPORT THEREOF, AND ECF NO. 67-3 - 1
CASE NO. 2:21-cv-00631-TL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  IT IS SO ORDERED.

2  This 2nd day of August 2022.

3

4

5  _____

6  Tana Lin
   United States District Judge

7

8  Presented by:

9  TERRELL MARSHALL LAW GROUP PLLC

10 By: /s/ Beth E. Terrell, WSBA #26759
       Beth E. Terrell, WSBA #26759
11     Email: bterrell@terrellmarshall.com
       Ryan Tack-Hooper, WSBA #56423
12     Email: rtack-hooper@terrellmarshall.com
       Elizabeth A. Adams, WSBA #49175
13     Email: eadams@terrellmarshall.com
       936 North 34th Street, Suite 300
14     Seattle, Washington 98103-8869
15     Telephone: (206) 816-6603
       Facsimile: (206) 319-5450
16

17     John Heenan, *Admitted Pro Hac Vice*
       Email: john@lawmontana.com
18     HEENAN & COOK
       1631 Zimmerman Trail, Suite 1
19     Billings, Montana 59102
       Telephone: (406) 839-9081
20

21     John A. Yanchunis, *Admitted Pro Hac Vice*
       Email: jyanchunis@forthepeople.com
22     Ryan Maxey, *Admitted Pro Hac Vice*
       Email: rmaxey@forthepeople.com
23     MORGAN & MORGAN
       201 North Franklin Street, 7th Floor
24     Tampa, Florida 33602
25     Telephone: (813) 223-5505

26     Michael F. Ram, *Admitted Pro Hac Vice*
       Email: mram@forthepeople.com
27     MORGAN & MORGAN

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL
PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS, EXHIBIT 3 IN SUPPORT THEREOF, AND ECF NO. 67-3 - 2
CASE NO. 2:21-cv-00631-TL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  711 Van Ness Avenue, Suite 500
2  San Francisco, California 94102-3275
   Telephone: (415) 358-6913
3  Facsimile: (415) 358-6923

4  *Attorneys for Plaintiff*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL
PLAINTIFF'S SUR-REPLY IN OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS, EXHIBIT 3 IN SUPPORT THEREOF, AND ECF NO. 67-3 - 3
CASE NO. 2:21-cv-00631-TL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com