THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>MED-DATA, INC.,<br><br>   Defendant. | NO. 2:21-cv-00631-TL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE**<br><br>**NOTED FOR CONSIDERATION: OCTOBER 6, 2022** |

## I.   STIPULATION

On August 1, 2022, the Court entered an Order setting October 13, 2022, as Plaintiff's deadline to file her motion for class certification. Dkt. No. 65. For the good cause explained below, the Parties respectfully request that the Court extend Plaintiff's deadline to file her motion for class certification to January 11, 2023 (90 days from October 13, 2022) and adjust all related response dates for the motion for class certification and other case deadlines to account for the 90-day adjustment.

The Local Rules allow parties to file stipulated motions, including to request relief from a deadline. LCR 7(d)(1); LCR 10(g) (providing that stipulated motions to alter schedules previously set by the court should be supported by reasons justifying the proposed change); *Doe v. Trump*, No. 2:17-CV-00178-JLR, 2017 WL 1378504, at *1 (W.D. Wash. Apr. 11, 2017).

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE - 1
CASE NO. 2:21-cv-00631-TL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

The Parties convened a global mediation of this matter and the related matters in Texas and Kansas on September 8, 2022. Unfortunately, the mediation was not successful. Accordingly, the Parties have agreed to move forward with litigation. The Parties had focused their discovery efforts on matters critical to mediation for efficiency and to avoid delay of that potential point of resolution, including paper discovery and expert testimony. They now seek to complete the additional discovery necessary for class certification briefing, including further fact depositions and third-party discovery.

Extending the current deadlines will allow the parties to complete that necessary discovery prior to class certification briefing and continue to coordinate the related cases to avoid duplication and wasted resources. Additionally, the Parties had previously asked the Court to hold in abeyance any decision on the fully briefed Rule 12(b)(1) motion until after they completed mediation. *See* Dkt. 86. That motion is now ripe for decision and may affect the class certification briefing. For all these reasons, there is good cause to extend the deadline for a motion for class certification.

Accordingly, the Parties agree and stipulate, subject to the Court's approval, to an extension as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Deadline for Plaintiff to File Motion for Class Certification | October 13, 2022 | January 11, 2023 |
| Deadline for Defendant to File Response on Motion for Class Certification | November 10, 2022 | February 10, 2023 |
| Deadline for Plaintiff to File Reply on Motion for Class Certification | December 1, 2022 | March 3, 2023 |
| Discovery Deadline | 45 days after Court's ruling on Class Certification | 45 days after Court's ruling on Class Certification |
| Deadline for filing Dispositive Motions | 75 days after Court's ruling on Class Certification | 75 days after Court's ruling on Class Certification |

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE - 2
CASE NO. 2:21-cv-00631-TL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1     STIPULATED TO AND DATED this 7th day of October, 2022.

| TERRELL MARSHALL LAW GROUP PLLC | ARETE LAW GROUP PLLC |
|---|---|
| By: /s/ Beth E. Terrell, WSBA #26759 | By: /s/ Ralph H. Palumbo, WSBA #4751 |
|     Beth E. Terrell, WSBA #26759 |     Ralph H. Palumbo, WSBA #4751 |
|     Email: bterrell@terrellmarshall.com |     Email: rpalumbo@aretelaw.com |
|     Ryan Tack-Hooper, WSBA #56423 |     Lynn M. Engel, WSBA #21934 |
|     Email: rtack-hooper@terrellmarshall.com |     Email: lengel@aretelaw.com |
|     Elizabeth A. Adams, WSBA #49175 |     1218 Third Avenue, Suite 2100 |
|     Email: eadams@terrellmarshall.com |     Seattle, Washington 98101 |
|     936 North 34th Street, Suite 300 |     Telephone: (206) 428-3150 |
|     Seattle, Washington 98103-8869 |     Facsimile: (206) 428-3251 |
|     Telephone: (206) 816-6603 | |
|     Facsimile: (206) 319-5450 |     Kent M. Adams, *Admitted Pro Hac Vice* |
| |     Email: kent.adams@wilsonelser.com |
|     John Heenan, *Admitted Pro Hac Vice* |     WILSON ELSER MOSKOWITZ |
|     Email: john@lawmontana.com |       EDELMAN & DICKER (HOUSTON) |
|     Teague Westrope |     909 Fannin Street, Suite 3300 |
|     Email: teague@lawmontana.com |     Houston, Texas 77010 |
|     HEENAN & COOK |     Telephone: (713) 353-2027 |
|     1631 Zimmerman Trail, Suite 1 |     Facsimile: (713) 785-7780 |
|     Billings, Montana 59102 | |
|     Telephone: (406) 839-9081 | *Attorneys for Defendant* |
| | |
|     John A. Yanchunis, *Admitted Pro Hac Vice* | |
|     Email: jyanchunis@forthepeople.com | |
|     Ryan Maxey, *Admitted Pro Hac Vice* | |
|     Email: rmaxey@forthepeople.com | |
|     MORGAN & MORGAN | |
|     201 North Franklin Street, 7th Floor | |
|     Tampa, Florida 33602 | |
|     Telephone: (813) 223-5505 | |
| | |
|     Michael F. Ram, *Admitted Pro Hac Vice* | |
|     Email: mram@forthepeople.com | |
|     MORGAN & MORGAN | |
|     711 Van Ness Avenue, Suite 500 | |
|     San Francisco, California 94102-3275 | |
|     Telephone: (415) 358-6913 | |
|     Facsimile: (415) 358-6923 | |

*Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE - 3
CASE NO. 2:21-cv-00631-TL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

Based on the forgoing parties' stipulation and for good cause, it is hereby ORDERED that the current deadlines regarding class certification are EXTENDED by 90 days as set forth in the accompanying motion, and the discovery and dispositive motions deadline are also EXTENDED as set forth in the motion.

Dated this 7th day of October 2022.

Tana Lin
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE - 4
CASE NO. 2:21-cv-00631-TL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com