THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MED-DATA, INC.,<br><br>    Defendant. | NO. 2:21-cv-00631-TL<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE**<br><br>**NOTED FOR CONSIDERATION:<br>January 10, 2023** |

## I.   STIPULATION

The current deadline for Plaintiff to file her motion for class certification is January 11, 2023. Dkt. No. 93. For the good cause explained below, the Parties respectfully request that the Court extend Plaintiff's deadline to file her motion for class certification to February 15, 2023 (35 days from January 11, 2022) and adjust all related response dates for the motion for class certification and other case deadlines to account for the 35-day adjustment.

The Local Rules allow parties to file stipulated motions, including to request relief from a deadline. LCR 7(d)(1); LCR 10(g) (providing that stipulated motions to alter schedules previously set by the court should be supported by reasons justifying the proposed change); *Doe v. Trump*, No. 2:17-CV-00178-JLR, 2017 WL 1378504, at *1 (W.D. Wash. Apr. 11, 2017).

The parties have continued their combined and coordinated discovery efforts in each of the related pending matters, including this matter and the case pending in federal court in Texas and a

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE - 1
CASE NO. 2:21-cv-00631-TL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

state matter in Kansas. On January 3, 2023, third party Crowe LLP provided a supplemental production pursuant to subpoena of over 2,000 pages of documents. Defendant has also continued to produce documents, having produced an additional 4,000-page production on December 21, 2022. The parties' experts also continue their work as part of the ongoing discovery review process.

Plaintiff requires a small amount of additional time to finalize her motion for class certification and is seeking—with agreement of Defendant—an additional 35 days. Extending the current deadlines will allow the parties to review recently provided discovery and resolve any disputes without undue haste and to continue to coordinate the related cases to avoid duplication and wasted resources. For these reasons, there is good cause to extend the deadline for a motion for class certification.

Accordingly, the Parties agree and stipulate, subject to the Court's approval, to an extension as follows:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Deadline for Plaintiff to File Motion for Class Certification | January 11, 2023 | February 15, 2023 |
| Deadline for Defendant to File Response on Motion for Class Certification | February 10, 2023 | March 17, 2023 |
| Deadline for Plaintiff to File Reply on Motion for Class Certification | March 3, 2023 | April 7, 2023 |
| Discovery Deadline | 45 days after Court's ruling on Class Certification | 45 days after Court's ruling on Class Certification |
| Deadline for filing Dispositive Motions | 75 days after Court's ruling on Class Certification | 75 days after Court's ruling on Class Certification |

STIPULATED MOTION AND [PROPOSED] ORDER TO AMEND CASE SCHEDULE - 2
CASE NO. 2:21-cv-00631-TL

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  STIPULATED TO AND DATED this 10th day of January, 2023.

| TERRELL MARSHALL LAW GROUP PLLC | ARETE LAW GROUP PLLC |
|---|---|
| By: /s/ Beth E. Terrell, WSBA #26759 | By: /s/ Ralph H. Palumbo, WSBA #4751 |
| Beth E. Terrell, WSBA #26759 | Ralph H. Palumbo, WSBA #4751 |
| Email: bterrell@terrellmarshall.com | Email: rpalumbo@aretelaw.com |
| Ryan Tack-Hooper, WSBA #56423 | Lynn M. Engel, WSBA #21934 |
| Email: rtack-hooper@terrellmarshall.com | Email: lengel@aretelaw.com |
| Elizabeth A. Adams, WSBA #49175 | 1218 Third Avenue, Suite 2100 |
| Email: eadams@terrellmarshall.com | Seattle, Washington 98101 |
| 936 North 34th Street, Suite 300 | Telephone: (206) 428-3150 |
| Seattle, Washington 98103-8869 | Facsimile: (206) 428-3251 |
| Telephone: (206) 816-6603 | |
| Facsimile: (206) 319-5450 | Kent M. Adams, *Admitted Pro Hac Vice* |
| | Email: kent.adams@wilsonelser.com |
| John Heenan, *Admitted Pro Hac Vice* | WILSON ELSER MOSKOWITZ |
| Email: john@lawmontana.com | EDELMAN & DICKER (HOUSTON) |
| Teague Westrope | 909 Fannin Street, Suite 3300 |
| Email: teague@lawmontana.com | Houston, Texas 77010 |
| HEENAN & COOK | Telephone: (713) 353-2027 |
| 1631 Zimmerman Trail, Suite 1 | Facsimile: (713) 785-7780 |
| Billings, Montana 59102 | |
| Telephone: (406) 839-9081 | *Attorneys for Defendant* |
| | |
| John A. Yanchunis, *Admitted Pro Hac Vice* | |
| Email: jyanchunis@forthepeople.com | |
| Ryan Maxey, *Admitted Pro Hac Vice* | |
| Email: rmaxey@forthepeople.com | |
| MORGAN & MORGAN | |
| 201 North Franklin Street, 7th Floor | |
| Tampa, Florida 33602 | |
| Telephone: (813) 223-5505 | |
| | |
| Michael F. Ram, *Admitted Pro Hac Vice* | |
| Email: mram@forthepeople.com | |
| MORGAN & MORGAN | |
| 711 Van Ness Avenue, Suite 500 | |
| San Francisco, California 94102-3275 | |
| Telephone: (415) 358-6913 | |
| Facsimile: (415) 358-6923 | |

*Attorneys for Plaintiff*

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE - 3
CASE NO. 2:21-cv-00631-TL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

Based on the forgoing parties' stipulation and for good cause, it is hereby ORDERED that the current deadlines regarding class certification briefing are EXTENDED by 35 days as set forth in the accompanying motion.

Dated this 10th day of January 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE - 4
CASE NO. 2:21-cv-00631-TL

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com