# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff(s),<br>　　v.<br><br>MED-DATA, INC.,<br><br>　　　　　　　　Defendant(s). | CASE NO. 2:21-cv-00631-TL<br><br>ORDER REGARDING PENDING SETTLEMENT |

Parties have filed a notice of settlement (Dkt. No. 128) notifying the Court that they have reached a settlement of the class action claims in this case in principle. Parties request a temporary stay of the proceedings and a deadline to file a status report, following the resolution of a related case and settlement. *See* Dkt. No. 128.

Accordingly, the Court hereby finds good cause to ORDER as follows:

(1)　The case is STAYED pending the resolution of the pending settlement in the related *M.S. and D.H. v. Med-Data, Inc.*, No. 2:21-cv-631 (S.D. Tex.) case.

ORDER REGARDING PENDING SETTLEMENT - 1

(2)   All pending motions (Dkt. Nos. 101, 107, 112, 114, 119) are STRICKEN as moot. If settlement is not perfected, Parties may re-file any of these motions as needed.

(3)   The Parties are DIRECTED to file a joint status report within **ten (10) days** following the ruling on the preliminary approval of the pending settlement in *M.S. and D.H.*

Dated this 4th day of April 2023.

Tana Lin
United States District Judge