UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>MED-DATA, INC.,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:21-cv-00631-TL<br><br>ORDER ON JOINT STATEMENT REGARDING PROVISIONALLY SEALED ORDER |

  This matter is before the Court *sua sponte*. Dkt. No. 127. In a provisionally sealed order on March 28, 2023 (the "Order"), the Court directed the Parties to meet and confer and to file a statement indicating which portions of the Order they seek to redact and on what basis. *Id*.

  The Parties have notified the Court that they met and conferred and determined that no part of the Order needs to be redacted. Dkt. No. 130.

//

//

//

ORDER ON JOINT STATEMENT
REGARDING PROVISIONALLY
SEALED ORDER - 1

Accordingly, the Clerk shall UNSEAL the Order (Dkt. No. 127) in its entirety.

Dated this 10th day of April 2023.

Tana Lin
United States District Judge