UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>MED-DATA, INC.,<br><br>  Defendant. | CASE NO. 2:21-cv-00631-TL<br><br>ORDER |

This matter is before the Court *sua sponte*. On March 31, 2023, the Parties filed a Notice of Settlement stating that they "have reached a written agreement in principle to settle the class action claims alleged in this case." Dkt. No. 128 at 1. The Parties identified four related cases, including one case in the Southern District of Texas (*M.S. et al. v. Med-Data, Inc.*, No. C22-187 (S.D. Tex)) in which the Parties agreed to seek settlement approval. *Id.* In the *M.S.* matter, the Parties told the court on April 4, 2023, that they "anticipate[d] filing their Motion for Preliminary Approval of Class Settlement within 45 days." *M.S. et al.*, Dkt. No. 79 at 2 (joint motion to stay case). On the same day, this Court stayed the instant matter pending resolution of the Texas

ORDER - 1

matter, with a joint status report to be filed 10 days after preliminary approval of the pending settlement. *See* Dkt. No. 129.

To date, there has been no further activity in the instant matter. Moreover, there has been no docket activity in the Texas matter, other than the filing of a First Amended Complaint. *See M.S. et al.*, Dkt. No. 81 (Aug. 22, 2023).

Accordingly, the Parties are ORDERED to file a joint status update **within fourteen (14) days** of this Order, including any remaining prospects for settlement and a proposal for next steps in this matter.

Dated this 5th day of September 2023.

Tana Lin
United States District Judge