UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>MED-DATA, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-cv-00631-TL<br><br>ORDER |

  This matter is before the Court *sua sponte*. On September 5, 2023, the Court ordered the Parties to file a joint status update "including any remaining prospects for settlement and a proposal for next steps in this matter." Dkt. No. 132 at 2. On September 19, 2023, the Parties filed a joint status report. *See* Dkt. No. 133. The Parties state that they "have largely finalized the terms of a Settlement Agreement and Release and are finalizing details before execution." *Id.* at 1. The Parties expect to file a motion for preliminary approval of the settlement in the United States District Court for the Southern District of Texas no later than October 2, 2023. *Id.* The Parties propose that a stay remain in place pending the outcome of the settlement approval

ORDER - 1

process and proposed a deadline for the submission of the next joint status report. *Id.* at 2. The Court finds this to be a reasonable proposal and agrees.

Accordingly, the Parties are ORDERED to file a joint status report updating the Court on the status of settlement approval **within ten (10) days** after the Southern District of Texas rules on preliminary approval, or **by November 16, 2023**, whichever is earlier.

Dated this 19th day of September 2023.

_____
Tana Lin
United States District Judge