UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MED-DATA, INC.,<br><br>　　　　　　　　Defendant. | CASE NO. 2:21-cv-00631-TL<br><br>ORDER |

　　　　This matter is before the Court on the Parties' Joint Status Report. Dkt. No. 135. The Parties state that they "have now finalized the terms of a Settlement Agreement and Release." *Id.* at 1. The Parties plan to file a motion for preliminary approval of the settlement this week in the United States District Court for the Southern District of Texas. *Id.* at 1–2. Thus, the Parties propose that a stay remain in place pending the settlement approval process, and that they file a joint status report in January 2024 or after there is a ruling on the settlement. *Id.* at 2. The Court finds this to be a reasonable proposal and agrees.

ORDER - 1

Accordingly, this matter remains STAYED and the Parties are ORDERED to file a joint status report updating the Court on the status of settlement approval **within ten (10) days** after the Southern District of Texas rules on preliminary approval, or **by January 19, 2024**, whichever is earlier.

Dated this 16th day of November 2023.

Tana Lin
United States District Judge

ORDER - 2