UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MED-DATA, INC.,<br><br>Defendant. | CASE NO. 2:21-cv-00631-TL<br><br>ORDER |

This matter is before the Court on the Parties' Joint Status Report. Dkt. No. 137. The Parties state that they have finalized the terms of a Settlement Agreement and Release. *Id.* at 2. They also state that a preliminary hearing for approval of the settlement is scheduled for January 22, 2024. *Id.* at 3. The Parties request that the stay remain in place and propose that they submit a joint status report in February 2024 or after there is a ruling on the settlement. *Id.* The Court finds this to be a reasonable proposal and agrees.

//

//

ORDER - 1

Accordingly, this matter remains STAYED and the Parties are ORDERED to file a joint status report updating the Court on the status of settlement approval **within ten (10) days** after the Southern District of Texas rules on preliminary approval, or **by February 20, 2024**, whichever is earlier.

Dated this 22nd day of January 2024.

Tana Lin
United States District Judge