UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>MED-DATA, INC.,<br><br>     Defendant. | CASE NO. 2:21-cv-00631-TL<br><br>ORDER |

This matter is before the Court on the Parties' Joint Status Report. Dkt. No. 139. The Parties state that on February 6, 2024, Judge Eskridge of the Southern District of Texas granted preliminary approval of a Settlement Agreement and Release. *Id.* at 1. A final approval hearing is scheduled for September 11, 2024. *Id.* The Parties request that the stay remain in place and propose that they submit a joint status report updating the Court on the status of settlement approval by November 1, 2024. *Id.* at 2. The Court finds this proposal reasonable and agrees.

Accordingly, this matter remains STAYED and the Parties are ORDERED to file a joint status report updating the Court on the status of settlement approval **by November 1, 2024**.

Dated this 22nd day of February 2024.

Tana Lin
United States District Judge

ORDER - 1