THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICOLE TOKARSKI, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MED-DATA, INC.,<br><br>Defendant. | NO. 2:21-cv-00631-TL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by and through their attorneys of record, hereby stipulate to dismissal of Plaintiff's claims in this action with prejudice because the claims are resolved by the global Settlement finally approved in the Texas action on September 11, 2024. *See* Order Granting Final Approval, *M.S. v. Med-Data, Inc.*, No. 4:22-cv-00187, Dkt. 97 (S.D. Tex. Sept. 11, 2024). Each party will bear its own costs and fees except as stated in the Settlement Agreement.

//
//
//
//
//
//
//

STIPULATION OF DISMISSAL WITH PREJUDICE - 1
CASE NO. 2:21-cv-00631-TL

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1  RESPECTFULLY STIPULATED TO AND DATED this 4th day of October, 2024.

| | |
|---|---|
| TERRELL MARSHALL LAW GROUP PLLC | ARETE LAW GROUP PLLC |
| By: /s/ Beth E. Terrell<br>Beth E. Terrell, WSBA #26759<br>Email: bterrell@terrellmarshall.com<br>Ryan Tack-Hooper, WSBA #56423<br>Email: rtack-hooper@terrellmarshall.com<br>Elizabeth A. Adams, WSBA #49175<br>Email: eadams@terrellmarshall.com<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103-8869<br>Telephone: (206) 816-6603 | By: /s/ Lynn M. Engel<br>Lynn M. Engel, WSBA #21934<br>Email: lengel@aretelaw.com<br>Email: cleigland@aretelaw.com<br>600 University Street, Suite 2420<br>Seattle, Washington 98101<br>Telephone: (206) 428-3150 |
| John Heenan, *Admitted Pro Hac Vice*<br>Email: john@lawmontana.com<br>HEENAN & COOK<br>1631 Zimmerman Trail, Suite 1<br>Billings, Montana 59102<br>Telephone: (406) 839-9081 | Kent M. Adams, *Admitted Pro Hac Vice*<br>Email: kent.adams@wilsonelser.com<br>WILSON ELSER MOSKOWITZ EDELMAN & DICKER<br>909 Fannin Street, Suite 3300<br>Houston, Texas 77010<br>Telephone: (713) 353-2027 |
| John A. Yanchunis, *Admitted Pro Hac Vice*<br>Email: jyanchunis@forthepeople.com<br>Ryan Maxey, *Admitted Pro Hac Vice*<br>Email: rmaxey@forthepeople.com<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>201 North Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Telephone: (813) 223-5505 | *Attorneys for Defendant* |
| Michael F. Ram, *Admitted Pro Hac Vice*<br>Email: mram@forthepeople.com<br>Jean S. Martin, *Admitted Pro Hac Vice*<br>Email: jeanmartin@forthepeople.com<br>MORGAN & MORGAN COMPLEX LITIGATION GROUP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, California 94102-3275<br>Telephone: (415) 358-6913 | |

STIPULATION OF DISMISSAL WITH PREJUDICE - 2
CASE NO. 2:21-cv-00631-TL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1 | Maureen Brady, *Admitted Pro Hac Vice*
2 | Email: mbrady@mcshanebradylaw.com
  | MCSHANE & BRADY LLC
3 | 1656 Washington St., Ste. 120
  | Kansas City, Missouri 64108
4 | Telephone: (816) 888-8010

5
6 | William B. Federman, *Admitted Pro Hac Vice*
  | Email: wbf@federmanlaw.com
  | A. Brooke Murphy, *Admitted Pro Hac Vice*
7 | Email: abm@federmanlaw.com
  | FEDERMAN & SHERWOOD
8 | 10205 N. Pennsylvania Ave.
  | Oklahoma City, Oklahoma 73120
9 | Telephone: (405) 235-1560

10
  | *Attorneys for Plaintiff*

STIPULATION OF DISMISSAL WITH PREJUDICE - 3
CASE NO. 2:21-cv-00631-TL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

**ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
THE HONORABLE TANA LIN

STIPULATION OF DISMISSAL WITH PREJUDICE - 4
CASE NO. 2:21-cv-00631-TL

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com